UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X

Christopher and Lori Moclair,

Plaintiff,

-against-

Occidental Fire and Casualty Company of North Carolina,

Defendants.
---------------------------------------------------X

26-cv-03099 (KMK)

CALENDAR NOTICE

Please take notice that the above captioned action has been scheduled for an initial conference before the Honorable Kenneth M. Karas, United States District Judge, on Tuesday, July 21, 2026 at 11:00 a.m.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number at the designated time:

Meeting Dial-In Number (USA toll-free): (605) 472-5160 Access Code 4653066
Please enter the conference as a guest by pressing the pound sign (#).

Dated: June 18, 2026
White Plains, New York

So Ordered

Kenneth M. Karas, U.S.D.J

This initial conference is rescheduled to August 5, 2026 at 11:30 PM. **Counsel is advised that failure to appear could result in sanctions.**
SO ORDERED.

July 21, 2026